IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
_____ DIVISION

Mawuena Kodjo )
)
_____ )
)
_____ )
**Name of Plaintiff** )
) Case No. _____
v. ) (To be assigned by Clerk)
) Jury Demand ☐ Yes ☐ No
Tyson Foods farm. )
)
_____ )
)
_____ )
**Name of Defendant(s)** )

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964, and the Civil Rights Act of 1991, for employment discrimination. Jurisdiction is specifically conferred upon the Court by 42 U.S.C. § 2000e-5, or, if the Plaintiff is a federal employee, by 42 U.S.C. § 2000e-16. Relief is sought under 42 U.S.C. § 2000e-5(g) and/or 42 U.S.C. § 1981a(b).

2. Plaintiff, __Mawuena Kodjo__, is a citizen of the United States and resides at
   __5101 Linbar Dr, Apt H315__, __Nashville__,
   Street address                                City
   __Davidson__, __TN__, __37211__, __615-752-0725__
   County        State     Zip Code   Telephone Number

3. Defendant, __Tyson Foods__ resides at, or its business is located at
   __P.O. Box 2020__, __Springdale__,
   Street address                              City
   _____, __AR__, __72765__
   County        State     Zip Code

Case 4:14-cv-00007-HSM-WBC   Document 1   Filed 07/11/13   Page 1 of 4   PageID #: 1

(If more than one Defendant, list the name and address of each additional Defendant)

_____

_____

_____

_____

_____.

4. Plaintiff sought employment from the Defendant or was employed by the Defendant at

__*901 West Jackson Street*__, __*Shelbyville*__,
Street address                                City

_____, __*TN*__, __*37160*__.
County        State       Zip Code

5. Defendant discriminated against Plaintiff in the manner indicated in paragraphs 8 and 9 of this Complaint on or about __*03*__ __*16*__ __*2012*__.
   Month  Day  Year

6. Plaintiff filed charges against the Defendant with the Tennessee Human Rights Commission or the Equal Employment Opportunity Commission charging the Defendant with the acts of discrimination indicated in paragraphs 8 and 9 of this Complaint on or about __*05*__ __*23*__ __*2012*__.
   Month  Day  Year

7. The Equal Employment Opportunity Commission or the United States Department of Justice issued a Notice of Right to Sue which was received by Plaintiff on __*04*__
   Month
   __*11*__ __*2013*__, a copy of which Notice is attached.
   Day  Year

8. Because of Plaintiff's (1) __✓__ race, (2) ____ color, (3) ____ sex,

   (4) ____ religion, (5) __✓__ national origin, the Defendant:

a._____ failed to employ Plaintiff.

b.___✓___ terminated Plaintiff's employment.

c._____ failed to promote Plaintiff.

d._____ retaliated against Plaintiff for having filed a charge of discrimination.

e.___✓___ other. Explain: _This employer has mistreated my other family members (father and brother) who ended up been fired or quitted. Management failed to protect me and ignored my several workplace complaints. I have been disciplined multiple times for no reason or for facts that are tolerated to others workers._

9. The circumstances under which Defendant discriminated against Plaintiff were as follows:

_On July 29, 2011 I was suspended for 3 days without pay as a Line leader for having a work related argument with another Line Leader who was not suspended because she has a different origin than mine. On March 16, 2012 I was suspended for 3 days and terminated because my clock's alarm went off my pocket while I was in meeting with a supervisor. In fact two people have had alarms went off their pocket at a meeting and interview but were not suspended. They are differents races and origins other than me._

(You may use additional paper, if necessary.)

10. The acts set forth in paragraph 8 of this Complaint:

a._____ are still being committed by Defendant.

b._____ are no longer being committed by Defendant.

c.___✓___ may still be being committed by Defendant.

11. Plaintiff attaches to this Complaint a copy of the charges filed with the Tennessee Human Rights Commission or the Equal Employment Opportunity Commission, which charges are submitted as a brief statement of the facts supporting this Complaint.

**WHEREFORE**, Plaintiff prays that the Court grant the following relief:

a. _____ direct that Defendant employ Plaintiff, or

b. ___✓___ direct that Defendant re-employ Plaintiff, or

c. _____ direct that Defendant promote Plaintiff, or

d. _____ order other equitable or injunctive relief: _____

_____.

e. ___✓___ direct that Defendant pay Plaintiff back pay in the amount of __14,500__ and interest on back pay;

f. ___✓___ direct that Defendant pay Plaintiff compensatory damages: Specify the amount and basis for compensatory damages: __5,880, as follow: Loan owed: 1,420, I've sold my car 3,500, I paid rent late fees 960__.

g. ___✓___ direct that Defendant pay Plaintiff punitive damages in the amount of __100,000__ because Defendant engaged in a discriminatory practice or practices with malice or with reckless indifference to Plaintiff's federally protected rights, as described in paragraphs 8 and 9 above; and that the Court grant such other relief as may be appropriate, including costs and attorney's fees.

_____Maurens Kodjo_____
(Signature of Plaintiff)