UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MAWUENA KODJO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:13-00679 |
| | ) Judge Sharp |
| TYSON FOODS, | ) ) |
| Defendant. | ) ) |

**ORDER**

In this employment discrimination action filed by Plaintiff Mawuenda Kodjo, *pro se*, Defendant Tyson Foods, Inc. has filed a Motion to Dismiss (Docket No. 11), arguing that this case should be dismissed pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure for improper venue and/or for failure to state a claim under Rule 12(b)(6). The Magistrate Judge has entered a Report and Recommendation recommending that this action be transferred to the Eastern District of Tennessee because Plaintiff worked for Defendant in a plant located in Bedford County, which is in that district, and because transferring the case would be in the interest of justice within the meaning of 28 U.S.C. § 1406(a) in light of Plaintiff's *pro se* status. No objections have been filed and the Court agrees with the recommended disposition.

Accordingly, the Report and Recommendation (Docket No. 14) is hereby ACCEPTED and APPROVED. The Clerk of the Court shall TRANSFER this action to the United States District Court for the Eastern District of Tennessee.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE