UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | | |
|---|---|---|
| MAWUENA KODJO, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | Case No. 4:14-cv-7 |
| v. | ) | |
| | ) | Judge Mattice |
| TYSON FOODS FARM, | ) | Magistrate Judge |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

# JUDGMENT

This case came before the Court on the Defendant's Motion to Dismiss. The Honorable Harry S. Mattice, Jr., United States District Judge, having granted the Motion,

It is **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED WITH PREJUDICE**.

Dated at *Chattanooga, Tennessee*, this 13th day of March, 2014.

                                                     /s/ *Debra C. Poplin*
                                                       Debra C. Poplin
                                                    CLERK OF COURT